UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JASON MANUEL REEVES | CASE NO. 2:19-CV-00925 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| DARREL VANNOY | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

In *McFarland v. Scott*, 512 U.S. 849 (1994), the Supreme Court held that federal jurisdiction attaches once a capital petitioner invokes his right to habeas counsel. The court may therefore grant a stay of execution until a legally sufficient habeas petition can be filed. *Id.* at 858–59. Denial of a stay is improper where the right to counsel has been invoked and counsel has not yet had an opportunity to research and present the defendant's habeas claims. *Id.*

Considering the foregoing Application for Stay of Execution [doc. 1], the court notes that this is the petitioner's first attempt at federal habeas relief under 28 U.S.C. § 2254, that there are no apparent procedural impediments to his use of the writ, and that petitioner has also shown a right to appointment of counsel under 18 U.S.C. § 3599. His execution is currently scheduled for August 19, 2019, while counsel represents that his deadline for presenting a § 2254 petition to this court is September 9, 2019. Accordingly,

**IT IS HEREBY ORDERED** that the Warrant For Execution Of Person Condemned dated June 12, 2019, and issued by the Honorable G. Michael Canaday, 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, setting the execution of

petitioner Jason Manuel Reeves for August 19, 2019, between the hours of 6:00 p.m. and 9:00 p.m. is hereby **STAYED** pending further proceedings.

**IT IS FURTHER ORDERED** that a copy of this Order staying Mr. Reeves's execution is to be forwarded to the Honorable James M. LeBlanc, Secretary of the Department of Public Safety and Corrections, State of Louisiana, P.O. Box 94304, Baton Rouge, LA 70804-9340.

**THUS DONE** in Chambers on this \_\_26\_\_ day of \_\_July\_\_, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**