**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JASON MANUEL REEVES,**                              **CIVIL ACTION NO. 19-0925**
               **Petitioner,**

**v.**

**DARREL VANNOY, Warden,**
          **Louisiana State Penitentiary,**
          **Angola, Louisiana**
                    **Respondent.**

### STIPULATED JOINT WORK PLAN

Pursuant to the Court's September 10, 2019 Order, the parties have met and conferred and propose the following work plan and case schedule for this matter:

1.      Respondent will provide Petitioner with a compiled state court record no later than January 31, 2020;

2.      Petitioner's Objections and Requested Supplements to the compiled state court record shall be due 45 days after Petitioner receives a copy of the state court record from Respondent;

3.      Respondent's Responses to Petitioner's Objections and Requested Supplements to the state court record shall be due 15 days after Petitioner files his Objections and Requested Supplements;

4.      Discovery shall be completed, and all discovery motions shall be heard, no later than 270 days after the record is certified and any and all objections are addressed;

5.      Petitioner's Amended Petition shall be due 90 days after the deadline for the completion of discovery;

6.      Respondent's Response to the Amended Petition shall be due 90 days after the Amended Petition is filed;

7.      Petitioner's Reply to Respondent's Response to the Amended Petition shall be due 60 days after Respondent files its Response to the Amended Petition.

RESPECTFULLY SUBMITTED,

/s/  Rebecca L. Hudsmith
REBECCA L. HUDSMITH, LSBA No. 07052
OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE AND
WESTERN DISTRICTS OF LOUISIANA
Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone:  337-262-6336
Facsimile:  337-262-6605

D. AARON NOVOD, LSBA No. 31275
LAW OFFICE OF D. AARON NOVOD
P.O. Box 740985
New Orleans, LA 70174
Phone:  347-974-5074
Facsimile: 347-344-6222

KEVIN C. RIACH, MN #389277
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone:  612-492-7000
Facsimile: 612-492-7077

ATTORNEYS FOR PETITIONER

/s/ Karen C. McLellan
KAREN C. MCLELLAN
CALCSIEU PARISH DISTRICT ATTORNEY
901 Lakeshore Drive
Lake Charles, LA 70601
(337) 437-3400

ATTORNEY FOR RESPONDENT