# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

JASON MANUEL REEVES                          CASE NO.  2:19-CV-00925 SEC P

VERSUS                                       JUDGE JAMES D. CAIN, JR.

DARREL VANNOY                                MAGISTRATE JUDGE KAY

## ORDER

Upon consideration of the Stipulated Joint Work Plan [doc. 15] filed by the parties, the undersigned finds that the proposed deadlines are appropriate and reasonable. Accordingly, the deadlines from that plan are hereby adopted as the scheduling order for this matter. The parties are to comply with the undersigned's Standing Order for motions for extensions of deadlines, located on the Western District of Louisiana website, should they require modification of the scheduling order.

THUS DONE AND SIGNED in Chambers on this 27th day of September, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE