**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

---

**JASON MANUEL REEVES,**                                    **CIVIL ACTION NO. 19-0925**
                    **Petitioner,**


**v.**


**DARREL VANNOY, Warden,**
        **Louisiana State Penitentiary,**
        **Angola, Louisiana**
                **Respondent.**

---

**UNOPPOSED MOTION FOR SUBPOENA TO VIEW PHYSICAL EVIDENCE**

---


Petitioner hereby moves the Court for an Order pursuant to the Rules Governing Section 2254 and Section 2255 Proceedings ("the Habeas Rules"), and the Federal Rules of Civil Procedure, allowing his investigator and/or counsel to view physical evidence collected in his case and currently in the custody of the Calcasieu Parish Sheriff's Office ("CPSO"). Petitioner has conferred with Respondent regarding this Motion. Respondent has stated it does not object to Petitioner's investigator viewing the evidence and does not oppose this Motion.

Rule 6 of the Habeas Rules provides a habeas petitioner may seek (and the Court may grant) discovery under the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 34(a)(2) authorizes a party to obtain discovery from a non-party via a Rule 45 subpoena for physical inspection of "designated tangible things."

The CPSO is in possession of physical evidence collected in Petitioner's case. The CPSO has indicated it will permit inspection of this evidence if Petitioner obtains a court order.

Petitioner has filed this Motion to obtain the third-party subpoena necessary for it to view and inspect this evidence, which is critical to Petitioner's case.

Accordingly, Petitioner respectfully requests that the Court authorize issuance of the Rule 45 Subpoena attached to this Motion as Exhibit A.

s/  Rebecca L. Hudsmith
REBECCA L. HUDSMITH, LSBA No. 07052
OFFICE     OF     THE     FEDERAL     PUBLIC
DEFENDER FOR THE MIDDLE AND
WESTERN DISTRICTS OF LOUISIANA
Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone:  337-262-6336
Facsimile:  337-262-6605

D. AARON NOVOD, LSBA No. 31275
LAW OFFICE OF D. AARON NOVOD
P.O. Box 740985
New Orleans, LA 70174
Phone:  347-974-5074
Facsimile: 347-344-6222

KEVIN C. RIACH, MN #389277
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone:  612-492-7000
Facsimile: 612-492-7077

ATTORNEYS FOR PETITIONER