**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JASON MANUEL REEVES,**                                    **CIVIL ACTION NO. 19-0925**
                              **Petitioner,**

**v.**

**DARREL VANNOY, Warden,**
                   **Louisiana State Penitentiary,**
                      **Angola, Louisiana**
                      **Respondent.**

---

**MOTION TO STAY AND ABEY FEDERAL PROCEEDINGS PENDING RESOLUTION OF SUCCESSOR PETITION IN STATE COURT REGARDING THE SUPPRESSION OF EXCULPATORY EVIDENCE IN VIOLATION OF *BRADY V. MARYLAND***

NOW INTO COURT, through undersigned counsel, comes the Petitioner, JASON MANUEL REEVES, who hereby moves this Court to stay his federal habeas case and hold it in abeyance pending resolution of a state successor post-conviction petition raising Mr. Reeves' constitutional claims arising from the State's suppression of exculpatory evidence in violation of *Brady v. Maryland*, 373 U.S. 83 (1963). In support, Mr. Reeves submits the accompanying memorandum and Exhibits 1 through 9 thereto.

Counsel for Mr. Reeves has contacted counsel for the Respondent, and she has indicated that she opposes this request for a stay.

Should this Court grant this stay request, Mr. Reeves will (a) file his state post-conviction application within ninety days of this Order and (b) file a Notice of Decision within sixty days of the completion of the state court litigation regarding his post-conviction application, notifying

1

this Court whether relief has been granted or whether this Court should lift the stay and allow the federal action to resume.

WHEREFORE, petitioner JASON MANUEL REEVES, through undersigned counsel, prays that this Court grant this *Motion to Stay and Abey Federal Proceedings Pending Resolution of Successor Petition in State Court Regarding the Suppression of Exculpatory Evidence in Violation of Brady v. Maryland.*

/s/  Rebecca L. Hudsmith
REBECCA L. HUDSMITH, LSBA No. 07052
OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE AND
WESTERN DISTRICTS OF LOUISIANA
Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone:  337-262-6336
Facsimile:  337-262-6605

D. AARON NOVOD, LSBA No. 31275
LAW OFFICE OF D. AARON NOVOD
P.O. Box 740985
New Orleans, LA 70174
Phone:  347-974-5074
Facsimile: 347-344-6222

KEVIN C. RIACH, MN #389277
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone:  612-492-7000
Facsimile: 612-492-7077

ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing motion by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.


Dated:  December 21, 2020



                              /s/  Rebecca L. Hudsmith
                              REBECCA L. HUDSMITH