**FEDERAL PUBLIC DEFENDER**
**MIDDLE and WESTERN DISTRICTS OF LOUISIANA**
**LAFAYETTE HEADQUARTERS OFFICE**
**102 Versailles Boulevard, Suite 816**
**Lafayette, Louisiana 70501**

**Rebecca  L.  Hudsmith**                                              **Phone: (337) 262-6336**
**Federal Public Defender**                          **Email: Rebecca_Hudsmith@fd.org**

**Cristie Gautreaux Gibbens**                                              **Marci Blaize**
**First Assistant**                          **Baton Rouge Office Supervisory AFPD**

**Dustin Talbot**                                              **Betty Marak**
**Appeals Chief**                          **Shreveport Office Supervisory AFPD**

February 28, 2025

The Honorable Judge James, D. Cain, Jr.
United States District Court
Western District of Louisiana
611 Broad Street, Suite 328
Lake Charles, Louisiana 70601

      RE:    **Status Report Concerning *Jason Reeves v. Tim Hooper***
               **Docket No. 2:19-CV-00925 SEC P**

Dear Judge Cain,

As directed by this Court's April 23, 2021 order, Rec. Doc. 57, undersigned counsel are submitting this update regarding Mr. Reeves' proceedings in state court.

Mr. Reeves has filed an *Application for Post-Conviction Relief and Motion for an Evidentiary Hearing* and a *Motion for Recusal* in the state trial court. In a related proceeding, undersigned counsel instituted proceedings in *Novod v. Holland et al* by filing a *Petition for Writ of Mandamus Pursuant to the Louisiana Public Records Law* in civil district court in Calcasieu Parish. Litigation is continuing in *Novod v. Holland*. Because the materials sought are relevant to Mr. Reeves' *Motion for Recusal*, the state district court granted a motion to stay the litigation and decision of the recusal motion until the conclusion of the proceedings in *Novod v. Holland*. As soon as the litigation in *Novod v. Holland* is completed and Mr. Reeves' recusal motion decided, counsel will diligently proceed with the litigation of Mr. Reeves' state court post-conviction petition.

                        Respectfully submitted,

                        /s/ Rebecca L. Hudsmith
                        Rebecca L. Hudsmith, LSBA No. 07052
                        OFFICE OF THE FEDERAL PUBLIC
                        DEFENDER FOR THE MIDDLE AND
                        WESTERN DISTRICTS OF LOUISIANA
                        Federal Public Defender

102 Versailles Blvd., Suite 816
Lafayette, LA 70501
rebecca_hudsmith@fd.org

Kevin C. Riach, MN Bar No. 389277
THE LAW OFFICE OF KEVIN C. RIACH
125 Main St. SE, Suite 339
Minneapolis, MN 5541402
kevin@riachdefense.com